# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: C.B., A MINOR | : | No. 109 WAL 2020 |
| | : | |
| | : | |
| PETITION OF: BLAIR COUNTY | : | Petition for Allowance of Appeal |
| CHILDREN, YOUTH AND FAMILIES | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 28th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.